Same case below, 353 Fed. Appx. 622.

**No. 09-1010. Bobby Louis Collard, Petitioner v. State of Texas.**

559 U.S. 1092, 130 S. Ct. 2378, 176 L. Ed. 2d 768, 2010 U.S. LEXIS 3509.

April 26, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

**No. 09-1032. TeleCheck Services, Inc., et al., Petitioners v. Cheryl Beaudry.**

559 U.S. 1092, 130 S. Ct. 2379, 176 L. Ed. 2d 768, 2010 U.S. LEXIS 3561.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 579 F.3d 702.

**No. 09-1037. Patricia A. Wilson, Petitioner v. Roberts J. Adams & Associates.**

559 U.S. 1092, 130 S. Ct. 2379, 176 L. Ed. 2d 768, 2010 U.S. LEXIS 3638,

April 26, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 389 Ill. App. 3d 1149, 364 Ill. Dec. 647, 976 N.E.2d 1210.

**No. 09-1041. Arben Skendaj, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1093, 130 S. Ct. 2379, 176 L. Ed. 2d 768, 2010 U.S. LEXIS 3486.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 343 Fed. Appx. 750.

**No. 09-1046. Corey Hoover, Petitioner v. Ohio.**

559 U.S. 1093, 130 S. Ct. 2380, 176 L. Ed. 2d 768, 2010 U.S. LEXIS 3542.

April 26, 2010. Petition for writ of certiorari to Supreme Court of Ohio denied.

Same case below, 123 Ohio St. 3d 418, 916 N.E.2d 1056.

**No. 09-1060. Chandrashekhar B. Thanedar, Petitioner v. Time Warner, Inc., et al.**

559 U.S. 1093, 130 S. Ct. 2383, 176 L. Ed. 2d 768, 2010 U.S. LEXIS 3644.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 352 Fed. Appx. 891.

**No. 09-1083. Elmer A. Hawkins, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

559 U.S. 1093, 130 S. Ct. 2383, 176 L. Ed. 2d 768, 2010 U.S. LEXIS 3630.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 357 Fed. Appx. 295.